# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 9, 2023
Lyle W. Cayce
Clerk

No. 22-30352

Jerry Rogers, Jr.,

       *Plaintiff—Appellee*,

versus

Randy Smith, *Sheriff*; Danny Culpeper; Keith Canizaro,

       *Defendants—Appellants*.

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:20-CV-517

---

Before Clement, Elrod, and Willett, *Circuit Judges*.

Per Curiam:[*]

After reviewing the parties' briefs and the record in this interlocutory appeal, and having heard argument, we hold that the district court did not err in its summary judgment determinations. We AFFIRM. *See* 5th Cir. R. 47.6. The pending motion to strike is GRANTED as the court lacks jurisdiction over the discovery dispute.

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.