# United States Court of Appeals
# for the Fifth Circuit

No. 22-30352

United States Court of Appeals
Fifth Circuit
**FILED**
August 9, 2023
Lyle W. Cayce
Clerk

Jerry Rogers, Jr.,

*Plaintiff—Appellee*,

versus

Randy Smith, *Sheriff*; Danny Culpeper; Keith Canizaro,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:20-CV-517

_____

Before Clement, Elrod, and Willett, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellants pay to Appellee the costs on appeal to be taxed by the Clerk of this Court.